IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Samantha Elizabeth Bragg )
909 East Playa Del Norte Drive #5004 )
Tempe, Arizona 85281 )
)
        Plaintiff, )
)
v. )
)
Betsy DeVos, Secretary of Education )
US Department of Education )
400 Maryland Avenue, SW )
Washington, DC 20202 )
)
        Defendant. )

Case: 1:20-cv-00215
Assigned To : Unassigned
Assign. Date : 1/27/2020
Description: Employ. Discrim (H-DECK)

## COMPLAINT

Samantha Bragg, plaintiff, brings this action against Betsy DeVos "Secretary of Education" and the United States Department of Education for failure to uphold policy and law. August 2, 2017 the Arizona Department of Education sent Samantha Bragg notification her professional standard K-8 elementary teaching credential was nonrenewed. (document 1, 2 pp.) Samantha Bragg filed a civil rights complaint, documenting the Arizona Department of Education's decision with the United States Department of Education Office for Civil Rights on August 15, 2018. Six months later, February 13, 2019, Samantha Bragg received notification "her civil rights case number 08-18-1554 has been closed", stated reason "the OCR lacks jurisdiction over the entity (FBI) alleged to have discriminated". (document 2, 2 pp.). The United States Department of Education Office for Civil Rights refused to investigate the numerous violations committed by the Arizona Department of Education and Kyrene school district. (document 2, 2 pp.)

-1-

RECEIVED

JAN 2 7 2020

Clerk, U.S. District and
Bankruptcy Courts

1

## JURISDICTION AND VENUE

This court has jurisdiction under 28 U.S.C. §1331. Venue is proper pursuant to 28 U.S.C. §1391 because the events giving rise to this complaint happened in this district.

## PARTIES

Samantha Bragg, plaintiff, was a certified K-8 elementary school teacher for the State of Arizona.

Betsy DeVos, defendant, is the Secretary of Education for the United States Department of Education.

## STATEMENT OF FACTS

July 22, 2013 Samantha Bragg accepted a position as a certified third grade teacher, Kyrene de la Sierra elementary school, 2013-2014 school year. August 15, 2013 Samantha Bragg had been feeling ill and went to Banner Health emergency department. Diagnosed with anemia, the doctor issued her a "return to work note" stating she was able to return to work on August 16, 2013. (document 3, 2 pp.) August 16, 2013, after eight days of classroom instruction, Samantha Bragg received a phone call from Mark Knight, Assistant Superintendent of Human Resources, and Karla Izzette, Director of Human Resources, to inform her the Superintendent was "reassigning her to home effective immediately. The reassignment was not to be considered disciplinary; it was to provide the district with the appropriate time to respond to information regarding her job-related conditions and duties." (document 4) September 3, 2013, assigned to home, Samantha Bragg received notification from Karla Izzette, Director of Human Resources, she was required to attend a "fitness for duty" exam to determine if she was "fit" to teach third grade. (document 5). Prior to the exam, Samantha Bragg was required to sign a release waiving her medical and privacy rights; and was informed the results of the exam would be sent directly to Mark Knight, Assistant Superintendent of Human Resources, without an opportunity to review the results herself. When Samantha Bragg did not attend, Kyrene human resources issued a ten-day suspension without pay; charging her with professional misconduct and insubordination.

-2-

(document 6, 32 pp.) Samantha Bragg, to remain employed with medical benefits was required to accept a position, teacher on special assignment, at the Kyrene school district office beginning November 25, 2013. March 26, 2014 Samantha Bragg was given notice she was being placed on paid administrative leave again, effective immediately, and her contract would be non-renewed. (document 7, 5 pp.)

July 24, 2014 Samantha Bragg filed discrimination charges with the United States Equal Employment Opportunity Commission. The complaint stated the federal and state policies the Kyrene school district was in violation of including 29 A.R.S. §15-341 failure to provide Samantha Bragg with the decision to impose discipline within ten working days from her scheduled hearing; A.R.S. §15-537 and A.R.S. §15-538, failure to provide Samantha Bragg with a forty-five day notice of inadequate classroom performance and performance improvement plan; Title 42 U.S.C. §12112(a)(b) discrimination; 29 C.F.R., §1630.4(i)(ii)(iv) discrimination prohibited and A.R.S. §41-1466(C), medical examination or inquiry is consistent with business necessity, *See Albert v. Runyon: Routes v. Henderson, 1999 U.S. Dist. Lexis 9835, 5 WHCases2d (BNA)768 (S.D. Ind.) and Underhill v. Willamina, 1999 U.S. Dist. Lexis 9722 (D.Or.)*, an employer cannot require a "fitness for duty" exam of an employee who has been certified by a physician or psychologist that he/she is able to return to work, unless the employee's post-leave behavior justifies it.

August 29, 2014 Samantha Bragg received notification Julie A. Armstrong was assigned to her complaint (document 8) and on December 4, 2014 Samantha Bragg received notification stating the EEOC could not pursue her complaint.

April 28, 2017 Samantha Bragg went to the Arizona Department of Education to renew her standard professional elementary, K-8 teaching certificate. June 1, 2017 Samantha Bragg received email notification from Donna Logan, Investigator III, "pursuant to Arizona Revised Statutes ("A.R.S.") 15-534(c) it was determined that your application will require a review by the State Board of Education (the "State Board") prior to issuance due to being insubordinate for refusing to attend a fitness for duty examination as directed by the Kyrene School District

-3-

Assistant Superintendent on 8/23/2013." Samantha Bragg could not renew her certificate until the state board of education reviewed the charges of insubordination and professional misconduct. (document nine, 5 pp.)

June 20, 2017 Samantha Bragg hand delivered the requested documentation, as stated on June 1, 2017 letter to Donna Logan at the Arizona Department of Education, 1535 West Jefferson Street, Phoenix, Arizona 85007. (document ten, 3 pp.) July 5, 2017 Samantha Bragg delivered additional documentation to support question five. (document 11, 2 pp.)

August 2, 2017 Samantha Bragg received notification from the Arizona Department of Education Investigation Unit case 2017-338 was closed due to an "administratively incomplete application." Samantha Bragg's standard K-8 multiple subject teaching credential would be nonrenewed and she would not have the opportunity to schedule a hearing with the state board of education. The reason was failure to meet question five "four current letters of reference/recommendation signed and dated from individuals confirming that they are aware of the circumstances surrounding the review and the authors of the letter must acknowledge the conduct relevant to the review. (document 1)

Donna Logan's June 1, 2017 letter stated "pursuant to Arizona Revised Statutes ("A.R.S.") 15-534(c) it was determined that your application will require a review by the State Board of Education due to being insubordinate for refusing to attend a fitness for duty examination as directed by the Kyrene School District Assistant Superintendent on 8/23/2013." ARS §15-534(c) states "the state board of education may review and determine whether to renew or not issue a certificate to an applicant for certification on a finding that the applicant engaged in conduct that is immoral or unprofessional. The board shall prescribe guidelines for this process." The State Board of Education Administrative Code A.A.C. R7-2-1308, under ARS §15-534(c), states "any certificate holders who violate any provision of A.A.C. R7-2-1308 are deemed to have engaged in immoral or unprofessional conduct and may be disciplined by the board". Samantha Bragg did not meet the criteria listed under A.A.C. R7-2-1308, unprofessional and immoral conduct. Therefore, the Arizona State Board of Education should have scheduled

-4-

the necessary hearing to dismiss the charges of insubordination and unprofessional misconduct and remove the 10-day suspension without pay from her file. (document 12, 11 pp.). *See: Professional Practices Advisory Committee, Arizona State Board of Education Board Meeting, 1535 West Jefferson Street, Room 417, Phoenix, Arizona, 9:00 a.m., recommendation to grant the application for certification for Kimberly Fay Lackey (the police came to Kimberly Fay Lackey's home to inquire about an incident. The police did not take Ms. Lackey to jail or charge her with a crime. The board stated that there was not an arrest record or charges and recommended the Professional Practices Advisory Committee to grant the application for certification for Kimberly Fay Lackey.)*

August 15, 2018 Samantha Bragg mailed discrimination complaint form to the United States Department of Education Office for Civil Rights, 400 Maryland Avenue, SW Washington, DC 20202 documenting the Arizona Department of Education's decision to non-renew her professional standard elementary, K-8, teaching certificate. The address was located on their complaint form: https://wdcrobcolp01.ed.gov/CFAPPS/OCR/contactus.cfm. (document 13, 33 pp.)

August 21, 2018, five days after mailing her complaint, the United States Department of Education Office for Civil Rights, 1244 Speer Blvd., Suite 310, Denver, Colorado, 80204, emailed notification to Ms. Bragg's Arizona State university email account at sebragg@asu.edu, her civil rights complaint had been assigned case number 08-18-1554. The notification letter was signed by Linda McMichael. Samantha Bragg would receive a response within thirty days. (document 14, 3 pp.)

February 13, 2019, six months later, Samantha Bragg received notification from the United States Department of Education Office for Civil Rights, 1244 Speer Blvd., Suite 310, Denver, Colorado, 80204, case 08-18-1554 was dismissed pursuant to sections 102(c), 106 and 107 of the OCR's case processing manual. The letter stated "On August 20, 2018, we received your complaint against Kyrene School District and several other institutions alleging criminal

-5-

misconduct and wrongful termination as well as the Federal Bureau of Investigation (FBI) alleging retaliation, pursuant to section 102(c) of our case processing manual, the office for civil rights must have personal jurisdiction over the entity alleged to have discriminated. An allegation over which OCR lacks personal jurisdiction is not subject to further processing. Your allegations relating to access to an FBI facility in 2018 do not identify an entity over which OCR has jurisdiction. Since we have determined that OCR lacks jurisdiction over the entity alleged to have discriminated, we must dismiss your allegation in accordance with Section 108(s) of the manual. OCR case number 08-18-1554 is closed, effective the date of this letter."

The United States Department of Education Office for Civil Rights discrimination complaint form Samantha Bragg was required to complete to file a civil rights violation contained the following questions:

4. The regulations OCR enforces prohibit discrimination on the basis of race, color, national origin, sex, disability, age or retaliation. Please indicate the basis of your complaint:

Samantha Bragg placed a check mark in the box "discrimination based on disability" (specify) "I Samantha Bragg, did not attend a scheduled eight hour "fitness for duty" neuropsychiatric evaluation on September 18, 2013, requiring the waiver of medical and privacy rights after providing a return to work letter from Banner Gateway Medical Center dated August 15, 2013 and Stanford University dermatology medical center dated August 23, 2013". Samantha Bragg placed a second check mark in the box "retaliation because you filed a complaint or asserted your rights" (specify) "2:15-cv-02267-PHX-JAT was filed on November 9, 2015. Complaint and supporting documents were deleted from PACER. The case was filed again on January 28, 2016. Page 25-27 were "mutilated and destroyed". Page 25-27 were

-6-

rescanned on February 2, 2016." Samantha Bragg clearly stated that the discrimination is under the jurisdiction of the United States Department of Education with no mention of the Federal Bureau of Investigation.

5. Please describe each alleged discriminatory act. For each action, please include the date(s) the discriminatory act occurred, the name(s) of each person(s) involved and, why you believe the discrimination was because of race, disability, age, sex, ect. Also please provide the names of any persons(s) who was present and witnessed the act(s) of discrimination.

Samantha Bragg answered with the following statement "please review the following documentation: discrimination acts – dated July 22, 2013 to July 30, 2018".

6. What is the most recent date you were discriminated against?

Ms. Bragg's answer: "July 30, 2018". The last act of discrimination occurred on July 30, 2018. This date met the time limitations set forth by the Department of Education Office of Civil Rights.

9. If the allegations contained in this complaint have been filed with any other Federal, state or local civil rights agency, or any Federal or state court, please give details and dates. We will determine whether it is appropriate to investigate your complaint and the actions taken by the other agency or court.

Samantha Bragg's answer: "please see locations". The locations included the Federal Bureau of Investigation, along with ten other institutions.

February 13, 2019 letter stated "the US Department of Education Office of Civil Rights must have personal jurisdiction over the entity alleged to have discriminated. An allegation over which OCR lacks personal jurisdiction is not subject to further processing. Your allegations

-7-

relating to access to an FBI facility in 2018 do not identify an entity over which OCR has jurisdiction. Since we have determined that OCR lacks jurisdiction over the entity alleged to have discriminated, we must dismiss your allegation in accordance with Section 108(s) of the manual. OCR case number 08-18-1554 is closed, effective the date of this letter."

CLAIM

July 24, 2014 Samantha Bragg filed discrimination charges with the US Equal Employment Opportunity Commission stating the Kyrene school district was in violation of A.R.S. §15-341, A.R.S. §15-537, A.R.S. §15-538, A.R.S. §41-1466(C), Title 42 U.S.C. §12112(a)(b), 29 C.F.R., §1630.4(i)(ii)(iv) and C.F.R. §1630.5. After notification her professional standard K-8 elementary teaching certificate would be non-renewed she filed a discrimination complaint with the United States Department of Education Office for Civil Rights. After six months, Samantha Bragg was given notice that the "OCR lacks jurisdiction over the entity alleged to have discriminated, the FBI, and the case was dismissed in accordance with Section 108(s) of the manual." Samantha Bragg's complaint did not claim retaliation against the FBI, it listed the violations committed by both the Kyrene school district and the Arizona Department of Education.

WHEREFORE, Plaintiff respectfully requests that the Court: require the United States Department of Education to investigate why Samantha Bragg was not allowed to schedule a hearing with the Arizona State Board of Education and why her professional standard K-8 teaching certificate was nonrenewed.

Dated: January 27, 2020

Samantha Bragg
909 East Playa Del Norte Drive #5004
Tempe, Arizona 85281
480-518-0661

-8-

document 1-2

*Donna Logan*
Investigator III

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.46⁰
02 1M
0004290100
AUG 03 2017
MAILED FROM ZIP CODE 85007

850 DFE 17 00817 C0009/10/17
NOTIFY SENDER OF NEW ADDRESS
BRAGG,SAMANTHA
7160 E KIERLAND BLVD APT 213
SCOTTSDALE AZ 85254-2988

BC: 85254298863     *1179-04450-03-41

FWD
85254298988

Samantha Bragg
15345 North Scottsdale Road
Scottsdale, Arizona 85'

Donna Logan
Investigative Unit Bin #35
1535 West Jefferson Street
Phoenix, Arizona 85007
CERTINV100BFY17

1535 West Jefferson Street BIN # 35, Phoenix, Arizona 85007 • (602) 542-2972 • (602) 542-5388